IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

BRITISH AIRWAYS, PLC,
a foreign corporation

                 Plaintiff,

vs.

GROUND SERVICES INTERNATIONAL, INC.
d/b/a DNATA,

                 Defendant.

Civil Action No.:

**COMPLAINT**

---

Plaintiff BRITISH AIRWAYS, PLC, a foreign corporation ("British Airways"), by and through its counsel Condon & Forsyth LLP, hereby states its Complaint against Defendant GROUND SERVICES INTERNATIONAL, INC. d/b/a DNATA ("GSI") as follows:

**NATURE OF ACTION**

1. This is an action for breach of contract and indemnity arising from the Standard Ground Handling Agreement ("SGHA") between British Airways and GSI in which British Airways seeks a money judgment against GSI for damage to its aircraft, lost profits, business interruption, and associated costs, fees (including but not limited to attorney fees), interest, and expenses.

2. British Airways seeks compensation for damage to its Boeing 747 aircraft bearing registration G-CIVF (the "Aircraft") caused by GSI. On September 24, 2019, in preparation for a flight, a GSI employee operating mobile steps and performing services for British Airways under the SGHA, collided with the underside of the right-hand wing of the Aircraft at O'Hare International Airport ("ORD") in Chicago, Illinois. The accident caused significant damage to the Aircraft, resulting in British Airways cancelling the flight and removing the Aircraft from service to perform repairs.

## THE PARTIES

3. British Airways is a foreign corporation duly organized and existing under the laws of the United Kingdom, with its principal office at Waterside, PO Box 365, Harmondsworth, United Kingdom.

4. British Airways is engaged in the air transportation of passengers and cargo for hire to and from airports in the State of Illinois, including ORD.

5. GSI is a for-profit corporation duly organized and existing under the laws of Michigan.

6. Upon information and belief GSI has a principal place of business located at 13495 Veterans Way, Suite 500, Orlando, Florida 32827.

7. Upon information and belief GSI has a principal place of business located at 12124 High Tech Avenue, Suite 200, Orlando, Florida 32817.

8. GSI's registered agent in the State of New York is Incorp Services, Inc., 1 Commerce Plaza, 99 Washington Avenue, Suite 805-A, Albany, New York 11210.

9. GSI provides ground handling services for several airlines in Chicago, Illinois, including British Airways at ORD and ground handling services in New York City airports.

## JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction over this matter based on 28 U.S. Code § 1332, because there is complete diversity of citizenship and the value of the matter in controversy exceeds $75,000.

11. This Court has personal jurisdiction over GSI pursuant to SGHA Ramp Annex B, Para. 10.2., whereupon British Airways and GSI have mutually agreed that courts for the resolution of disputes shall be the Courts of New York.

12. Venue is proper in the Eastern District of New York pursuant to SGHA Ramp Annex B,

Para. 10.2.

## FACTUAL BACKGROUND

13. British Airways repeats, reiterates, and realleges the allegations in Paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14. On or about January 1, 2008, British Airways and GSI entered into the SGHA, as amended on June 30, 2015, and which was in effect on September 24, 2019, the substance of which is reflected in Exhibit A. *See* Exhibit A, IATA Standard Ground Handling Agreement.

15. Pursuant to the SGHA, British Airways contracted with GSI to provide, amongst other things, ground handling services for British Airways' fleet of aircraft at ORD, which included safe operation of mobile steps near or around aircraft in conformity with the standard of work agreed upon. *See* Exhibit B, Para. 4.1 of Annex B of the SGHA.

16. British Airways contracted with GSI to ensure, amongst other things, all GSI personnel conducting ground handling services for British Airways at ORD were trained to a standard acceptable. *See* Exhibit B, Para. 19.1 of Annex B of the SGHA.

17. Under the SGHA, GSI was required to immediately report to a British Airway's representative all damage to aircraft in the course of handling or which in any other way comes to the knowledge of the Handling Company. *See* Exhibit A, Art. 5.7 of IATA Standard Ground Handling Agreement.

18. The SGHA provides the law of the State of New York controls all disputes between British Airways and GSI. *See* Exhibit B, Para. 10.1 of Annex B of the SGHA.

19. In or about September 2019, GSI provided said ground handling services, including the transportation of mobile stairs to be connected to aircraft, pursuant to the SGHA to British Airways at ORD for British Airways' aircrafts.

20. On or about September 24, 2019, British Airways Boeing 747-400 registration G-CIVF landed at Chicago O'Hare International Airport ("ORD").

21. While the Aircraft was at hardstand 24, the Aircraft began receiving maintenance in preparation for British Airways flight BA0294 from Chicago O'Hare International Airport ("ORD") to London Heathrow Airport ("LHR").

22. During GSI's provision of ground handling services, a GSI employee operating mobile steps caused the vehicle to strike and collide with the right-hand wing, causing significant damage.

23. Due to the damage sustained to the Aircraft, flight BA0294 was cancelled.

24. A GSI employee arrived at hardstand 24 and confirmed the Aircraft sustained damages due to the accident.

25. Upon information and belief, the GSI employee that operated the vehicle to transport the mobile staircase and caused the accident tested positive for Cannabis.

26. As a result of the collision, British Airways was forced to cancel the flight that was due to be operated by the Aircraft, obtain lodging and alternative transportation for the passengers of the flight, and remove the Aircraft from service, causing a major disruption to British Airways operations at ORD.

27. The Aircraft required significant repairs and British Airways incurred significant expenses for providing alternative transportation and lodging for the passengers aboard the Aircraft exceeding $228,028.32.

28. On January 23, 2020, British Airways served a formal demand for indemnity pursuant to the SGHA for the damages caused by the incident on September 24, 2019.

29. To date, GSI has failed to accept the tender of indemnity, in breach of the SGHA.

30. To date, GSI and its insurers have refused to compensate British Airways for the full amount of its damages cause by its breaches of contract, failure to accept indemnity, and negligence necessitating this Complaint.

## **AS AND FOR A FIRST CAUSE OF ACTION AGAINST GSI: BREACH OF CONTRACT**

31. British Airways repeats, reiterates, and realleges the allegations in Paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. The SGHA was in effect in and around September 24, 2019.

33. Pursuant to the SGHA, GSI is fully responsible to follow British Airways' protocols and guidelines, which include the safe and competent provision of ground handling services to be performed without damage to its fleet of aircraft. *See* Exhibit A, Art. 5.6 of the SGHA.

34. The striking of the BA aircraft by a vehicle operated by GSI constitutes negligence as the employee failed to follow proper British Airways safety protocols and procedures and a breach of the SGHA.

35. Additionally, the GSI employee who struck the Aircraft failed to communicate the obvious and noticeable damage to the right-wing of the Aircraft, in violation of the SGHA. *See* Exhibit A, Art. 5.7 of the SGHA.

36. The SGHA also requires GSI to defend and indemnify British Airways for any and all damages caused by the negligent act by GSI or its employees in the provision of services under the SGHA. *See* Exhibit A, Art. 8.5 of the SGHA.

37. British Airways provided GSI with timely written notice of its claim.

38. GSI has refused to provide British Airways with full indemnification for the damages caused by GSI's own negligence.

5

39. GSI breached the SGHA by refusing to provide British Airways with full indemnification and failing to follow proper British Airways safety protocols and procedures in accordance with the SGHA.

40. GSI's breaches of contract resulted in direct and consequential damage to British Airways for which GSI is liable, including, but not limited to:

    a. Costs of obtaining lodging for passengers on board the canceled flight;

    b. Costs of obtaining alternate transportation for passengers on board the canceled flight;

    c. Loss of revenue caused by cancellation and reduced fleet capacity while the Aircraft was out service;

    d. Costs of towing the Aircraft;

    e. Hangar fees;

    f. Repair costs and fees, including parts and labor;

    g. Expert fees incurred in evaluating British Airways' damages and the reasonableness of the repair costs since September 24, 2019;

    h. Attorneys' fees incurred in seeking indemnification from September 24, 2019, to present; and

    i. Additional direct and consequential losses that have not yet been evaluated.

**AS AND FOR A SECOND CAUSE OF ACTION AGAINST GSI: INDEMNIFICATION**

41. British Airways repeats, reiterates, and realleges the allegations in Paragraphs 1 through 40 of this Complaint as if fully set forth herein.

42. Pursuant to the SGHA, GSI is required to defend and indemnify British Airways for any and all damages caused by the negligent act by GSI or its employees and agents in the provision of services under the SGHA. *See* Exhibit A, Art. 8.5 of the SGHA.

43. The SGHA was in full force and effect on September 24, 2019, and British Airways was in compliance with the SGHA.

44. The ground handling services GSI performed for the British Airways Aircraft in September were encompassed by the SGHA.

45. Pursuant to the SGHA, GSI is obligated to indemnify British Airways for the full amount of its damages resulting from GSI's employees' negligent acts. *See* Exhibit A, Art. 8.5 of the SGHA.

46. British Airways provided timely written notice of its indemnity claim to GSI.

47. GSI has wrongfully refused to indemnify British Airways for the damages incurred due to the repair of the Aircraft's damages caused by GSI's negligent acts.

48. GSI's breaches of contract resulted in direct and consequential damage to British Airways for which GSI is liable, including, but not limited to:

    a. Costs of obtaining lodging for passengers on board the canceled flight;

    b. Costs of obtaining alternate transportation for passengers on board the canceled flight;

    c. Loss of revenue caused by cancellation and reduced fleet capacity while the Aircraft was out service;

    d. Costs of towing the Aircraft;

    e. Hangar fees;

    f. Repair costs and fees, including parts and labor;

    g. Expert fees incurred in evaluating British Airways' damages and the reasonableness of the repair costs since September 24, 2019;

    h. Attorneys' fees incurred in seeking indemnification from September 24, 2019, to present; and

    i. Additional direct and consequential losses that have not yet been evaluated.

## JURY DEMAND

49. Plaintiff demands a jury of eight (8) persons for all claims stated.

WHEREFORE, Plaintiff BRITISH AIRWAYS, PLC prays for judgment in its favor and against Defendant GROUND SERVICES INTERNATIONAL, INC. d/b/a DNATA, awarding money damages for its direct and consequential losses incurred as a result of the September 24, 2019 collision, as well as costs, attorney's fees, prejudgment interest, and any other relief which the Court deems just and proper.

Dated: September 22, 2025
       New York, New York

                                            CONDON & FORSYTH LLP

                                            By: _____
                                            Anthony U. Battista, Esq.
                                            James F. DiMaggio.
                                            abattista@condonlaw.com
                                            jdimaggio@condonlaw.com
                                            7 Times Square
                                            New York, New York 10036
                                            (212) 490-9100

                                            *Attorneys for Plaintiff*
                                            BRITISH AIRWAYS